IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

SHERI BERHENKE,
    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,
    Defendant.

Case No. 4:15-cv-04132-JEH

### Order

The Court has reviewed the Plaintiff's Motion for EAJA Fees (Doc. 19) to which the Defendant has no opposition. (Doc. 20). The Court therefore GRANTS the Motion and awards the Plaintiff, Sheri Berhenke, $3197.25 (three thousand one hundred and ninety seven dollars and twenty five cents) for attorney fees and $0 (zero dollars) for costs in full satisfaction of any and all claims the Plaintiff may have under the Equal Access to Justice Act, 28 U.S.C. § 2412. The award fully and completely satisfies any and all claims for attorney fees, expenses, and costs that may be payable to the Plaintiff in this matter under the EAJA.

Any fees paid belong to the Plaintiff and not her attorney. The fees can be offset to satisfy any pre-existing debt that the Plaintiff owes the United States. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). The Plaintiff has provided the Defendant with a valid assignment of fees. If the Defendant can verify that the Plaintiff does not owe pre-existing debt to the government subject to offset, the Defendant will direct payment of the award to the Plaintiff's attorney pursuant to the EAJA assignment.

*It is so ordered.*

Entered on August 17, 2016

    s/Jonathan E. Hawley
    U.S. MAGISTRATE JUDGE